FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2014 JUL -1  A 10: 35

CLERK US ...
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA  )
                          )
v.                        )
                          ) DOCKET NO. 1:14-mj- 339
ASHLEY TAYLOR             )
                          ) Initial Appearance: July 7, 2014
                          )

CRIMINAL INFORMATION

Count I (Misdemeanor 3882859)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 15, 2014, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASHLEY TAYLOR, did unlawfully, knowingly and willfully possess marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
James S. Kim
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)805-4390
Fax (703) 805-1042
james.s.kim22.mil@mail.mil

Fort Belvoir, VA

Date June 30, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to Justin D. Gore at his address of record.

Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186