AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

[FILED stamp: JUN 15 2015, CLERK, U.S. DISTRICT COURT, ALEXANDRIA, VIRGINIA]

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) Case No. | :14-mj-00339-TCB |
| Ashley Taylor | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ashley Taylor,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☒ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date:   05/11/2015

*Issuing officer's signature*

City and state:   Alexandria, VA         Kathy Roberts – Deputy Clerk
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/12/15, and the person was arrested on *(date)* 6/15/15
at *(city and state)* Alexandria, VA

Date: 6/15/15

*Arresting officer's signature*

Brad Elkins Deputy
*Printed name and title*