

FILED
JUL 3 0 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Ashley Taylor          Docket No. 1:14-MJ-339

## Petition on Probation

COMES NOW Bethany Erding, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ashley Taylor, who was placed on supervision by the Honorable Theresa Carroll Buchanan, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 4th day of August 2014, who fixed the period of supervision at one year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant must participate in a drug education or treatment program, or both, if ordered to do so by the supervising probation officer.

2) The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 30th day of July, 2015 and ordered filed and made a part of the records in the above case.

for /s/
Theresa Carroll Buchanan
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2015
Jul 30 2015 12:10 PM

X /s/ Bethany Erding
Bethany M. Erding

Senior U.S. Probation Officer
703-299-2305

Place Alexandria, Virginia

**Petition on Probation**
**Page 2**
**RE: TAYLOR, Ashley**

OFFENSE: Possession of Marijuana, in violation of Title 21, U.S.C. Section 844.

SENTENCE: Pursuant to Title 18, U.S.C. Section 3607, Ms. Taylor was placed on one year of supervision with the special conditions listed on page 1 of this petition.

On March 10, 2015, the Court vacated the original sentence and entered a conviction for the offense of Possession of Marijuana. The following special conditions were imposed: 1) The defendant shall serve ten (10) days in jail (weekends permitted) at the direction of the probation officer; 2) The defendant shall enter and successfully complete an alcohol treatment and/or education program at the direction of the probation officer; 3) The defendant shall undergo substance abuse testing and/or treatment at the direction of the probation officer; 4) The defendant shall undergo mental health testing and/or treatment at the direction of the probation officer; and 5) The defendant shall pay a mandatory $25.00 special assessment, to be paid within thirty (30) days.

ADJUSTMENT TO SUPERVISION:

As noted in past Petitions on Probation, Ms. Taylor has had a difficult adjustment to supervision as evidenced by her continued drug and alcohol use and history of absconding.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION 2: FAILURE TO COMPLY WITH TREATMENT.**

On July 30, 2015, Ms. Taylor was discharged from the Phoenix House for physically assaulting a fellow group member as well as threatening staff.

BME/