AO 442 (Rev. 01/09) Arrest Warrant

9753059

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1:14-mj-00339 |
| Ashley Taylor | ) |
| Defendant | ) |

*RECEIVED 2015 JUL 30 PM 1:29 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION UNITED STATES MARSHAL*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ashley Taylor,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☒ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 07/30/2015

*Issuing officer's signature*

City and state: Alexandria, VA

Kathy Roberts – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) 7/30/15, and the person was arrested on (date) 7/30/15
at (city and state) Arlington, VA

Date: 7/31/15

*Arresting officer's signature*

*Printed name and title*