IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:14MJ339 |
| | ) |
| ASHLEY TAYLOR | ) |
|     Defendant. | ) |

FILED AUG -5 2015 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VA

ORDER

THIS CAUSE came on August 4, 2015, for a hearing on the charge that defendant ASHLEY TAYLOR violated the conditions of supervised probation imposed herein. The defendant appeared with counsel, S. Quill, Esquire; the United States was represented by S. Cardick, Esquire.

The defendant admitted the allegations as contained in the Petition on Probation and was found to be in violation.

Wherefore, it is

ORDERED that defendant ASHLEY TAYLOR is sentenced for the violation to a period of fifteen (15) days incarceration with credit for time served from July 30, 2015. Defendant's probation is terminated as unsuccessful.

Entered this 5th day of August, 2015.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia